MARIE MENNUTI, an Infant, by LUIGI MENNUTI, Her Guardian ad Litem, and LUIGI MENNUTI, Appellants, v. MARCONI REALTY CORPORATION, Respondent. —Action by the infant plaintiff, an employee of a tenant in the building owned by defendant, to recover damages for personal injuries sustained while descending in an elevator, and by her father to recover for expenses and loss of services. Judgment for defendant. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

JENNIE PATICK and Another, Appellants, v. BROOKLYN AND QUEENS TRANSIT CORPORATION and Another, Respondents. (Appeal No. 1.) JENNIE PATICK and Another, Appellants, v. BROOKLYN AND QUEENS TRANSIT CORPORATION and Another, Respondents. (Appeal No. 2.) — Action to recover damages sustained by plaintiff-wife, and for loss of services by plaintiff-husband, due to injuries alleged to have been sustained by plaintiff-wife, a passenger in a trolley car of defendant transit corporation, which collided with the truck of the other defendant. Defendants had a verdict. On appeals from judgments and from order denying motion for a new trial, judgments and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS FAULHABER, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of throwing a stink bomb affirmed. No opinion. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Scudder, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO FORTI, True Name ANTHONY FORTI, Appellant.— Judgment of the County Court of Kings county, convicting defendant of the crime of extortion, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.